UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15cv31-FDW

| NATHANIEL LEE JOYNER, | ) |  |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| SUSAN WHITE, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court upon Petitioner Nathaniel Lee Joyner's request that all of his original filings in this case be returned to him. (Doc. No. 16.)

The Court denied Petitioner's Petition for Writ of Habeas Corpus, 28 U.S.C. § 2254, and granted Respondent's Motion for Summary Judgment on January 5, 2016. (Doc. No. 13.) Petitioner filed a Notice of Appeal, and the record has been transmitted to the Fourth Circuit Court of Appeals. (Doc. No. 15.)

All of Petitioner's original filings have been scanned into an electronic file, and the documents in the electronic file constitute the official version of the record in this case. See Western District of North Carolina, Administrative Procedures Governing Filing and Service by Electronic Means, Section III A, available at http://www.ncwd.uscourts.gov/court-info/local-rules-and-order/local-rules (follow ECF Administrative Procedures link) (revised Jan. 1, 2012). Therefore, the paper originals of the documents filed by Petitioner may be returned to him.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court return Petitioner's original paper filings and documents to him by U.S. Mail.

**SO ORDERED.**

Signed: February 4, 2016

Frank D. Whitney
Chief United States District Judge